# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009

    Plaintiff,

    v.

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue NW
Washington, D.C. 20580,

    Defendant.

Civ. Action No.   18-942

## CERTIFICATE UNDER LCvR7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company holds more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

    /s/ Alan Butler
    ALAN BUTLER, D.C. Bar #1012128
    EPIC Senior Counsel

    ELECTRONIC PRIVACY
    INFORMATION CENTER
    1718 Connecticut Avenue, N.W.
    Suite 200
    Washington, D.C. 20009
    (202) 483-1140 (telephone)
Dated: April 20, 2018    (202) 483-1248 (facsimile)