**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION<br><br>Defendant. | Civ. Action No. 18-942 (TJK) |

**Joint Status Report**

Defendant Federal Trade Commission ("FTC") jointly with Plaintiff Electronic Privacy Information Center ("EPIC"), by and through undersigned counsel, respectfully submit this joint proposed schedule and status report pursuant to the Court's July 30, 2018 Minute Order in this Freedom of Information Act ("FOIA") case.

After meeting and conferring, the parties respectfully report to the Court as follows:

1. The FTC has located additional responsive records and, after conferring with a third-party regarding possible confidential information, has completed its production. Although the FTC had anticipated completing production on October 10, 2018, after additional materials were located the final production was sent to EPIC on October 19, 2018.

2. The parties continue to believe it is premature to propose a summary judgment motion briefing schedule and require additional time so that the EPIC can review the materials, and the claimed exemptions, and confer with counsel for the FTC over any outstanding issues.

2

3. Thus, the parties respectfully request that they be permitted to file a further joint status report on or before November 19, 2018, to advise the Court of the parties' progress.

Dated: October 19, 2018

                                                      Respectfully Submitted,

| | |
|---|---|
| Marc Rotenberg, D.C. Bar # 422825<br>EPIC President and Executive Director | JESSIE K. LIU, DC Bar # 472845<br>United States Attorney |
| /s/ Alan Butler<br>Alan Butler, D.C. Bar # 1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN, DC Bar # 924092<br>Chief, Civil Division |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile) | By: _____/s/<br>W. MARK NEBEKER, DC Bar #396739<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2536<br>mark.nebeker@usdoj.gov |