UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION<br><br>Defendant. | Civ. Action No. 18-942 (TJK) |

## JOINT STATUS REPORT

Defendant Federal Trade Commission ("FTC") jointly with Plaintiff Electronic Privacy Information Center ("EPIC"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Court's February 22, 2019, Minute Order in this Freedom of Information Act ("FOIA") case.

After conferring, the parties report to the Court as follows:

1.	The FTC has produced responsive records, which EPIC has reviewed.

2.	On November 16, 2018, EPIC sent a series of question to the FTC regarding the withholding of certain records.

3.	On February 22, 2019 the FTC provided an index in response to EPIC's inquiry and the basis for the agency's determinations.

4.	EPIC has reviewed the index and the exemption analysis that the FTC provided.

5.	On March 6, 2019, EPIC responded to the FTC and stated that many of the records are not properly withheld under Exemption 4 or Section 6(f) of the FTC Act (a "(b)(3)" exemption).

6.	The FTC has agreed to reprocess the materials that EPIC identified and provide a response by April 8, 2019.

7.      The parties therefore request additional time to attempt to narrow the scope of the remaining issues in dispute, and propose that they file a further joint status report on or before April 12, 2019, to propose a schedule for further briefing, if necessary.

Dated:  March 7, 2019

                                                      Respectfully Submitted,

| | |
|---|---|
| Marc Rotenberg, D.C. Bar # 422825<br>EPIC President and Executive Director | JESSIE K. LIU, DC Bar # 472845<br>United States Attorney |
| /s/ Alan Butler<br>Alan Butler, D.C. Bar # 1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN, DC Bar # 924092<br>Chief, Civil Division |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile) | By: _____/s/<br>W. MARK NEBEKER, DC Bar #396739<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2536<br>mark.nebeker@usdoj.gov |