UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION<br><br>Defendant. | Civ. Action No. 18-942 (TJK) |

## JOINT STATUS REPORT

Defendant Federal Trade Commission ("FTC") jointly with Plaintiff Electronic Privacy Information Center ("EPIC") and Intervenor Facebook, Inc., by and through undersigned counsel, respectfully submit this joint status report pursuant to the Court's August 28, 2019, Order.

The parties report as follows:

This case concerns a Freedom of Information Act ("FOIA") request that EPIC sent to the FTC on March 20, 2018, requesting disclosure of (1) the 2013 Facebook Assessments; (2) the 2015 Facebook Assessments; (3) the 2017 Facebook Assessments; (4) all records concerning the person(s) approved by the FTC to undertake the Facebook Assessments; and (5) all records of communications between the FTC and Facebook regarding the Facebook Assessments ("EPIC's FOIA Request"). Compl. ¶ 26.

The parties respectfully report to the Court as follows:

Defendant completed its processing of responsive records on October 19, 2018. All parties agree that the substantive issues in the action are now resolved, leaving only the issue of potential fees and costs to be addressed.

The parties now seek to attempt settlement of fees and costs in this matter.  Accordingly, the parties request a period of thirty days to negotiate a settlement.  The parties propose that the Court direct the FTC and EPIC to file a Joint Status Report on or before October 27, 2019, to update the Court on the status of the parties' settlement discussions and to propose a schedule for any further proceedings, if necessary.

Dated:  September 27, 2019

Respectfully Submitted,

Marc Rotenberg, D.C. Bar # 422825
EPIC President and Executive Director

JESSIE K. LIU, DC Bar # 472845
United States Attorney

/s/ Alan Butler
Alan Butler, D.C. Bar # 1012128
EPIC Senior Counsel
butler@epic.org
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division

By: _____/s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2536
mark.nebeker@usdoj.gov

*for Defendant FTC*

*For Plaintiff*

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (D.C. Bar No. 1033391)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Intervenor Facebook, Inc.*