UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 18-0942 (TJK)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice with each party to bear its own costs and fees.

\*   \*   \*

Dated: June 24, 2020

/s/ Alan Jay Butler
Alan Jay Butler, D.C. Bar #1012128
EPIC General Counsel

Enid Zhou, D.C. Bar #1632392
EPIC Open Government Counsel

Electronic Privacy Information Center
1519 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 483-1140
butler@epic.org

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar #501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*


/s/ Joshua S. Lipshutz
Joshua S. Lipshutz, D.C. Bar #1033391
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W., 9th Floor
Washington, DC 20036
(202) 955-8217
jlipshutz@gibsondunn.com

*Counsel for Defendant-Intervenor*